STATE OF NEW JERSEY v. JOHN HENRY ROSS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT V. LOUIS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON SIMMONS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTO NUNEZ.

May 19, 1987.

Petition for certification denied.